JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, | Case No. 2:24-cv-02242-CBM-MAA |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. LUNDY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 9, 2025

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE